1  Robert C. Shenfeld (SBN 288181)
   Erik S. Morrison (SBN 222071)
2  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
3  Los Angeles, CA 90071
   Telephone:   213.457.8000
4  Facsimile:   213.457.8080

5  *Attorneys for the Official Committee of Unsecured Creditors of
   Smiland Paint Company*

FILED
05 AUG 10 PM 3:30
CLERK U.S. BKCY COURT
CENT DIST OF CALIF
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No. LA-05-27443-EC |
|---|---|
| MORWEAR MANUFACTURING, INC., | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of the Official Committee of Unsecured Creditors of Smiland Paint Company (the "*Smiland Committee*"). Smiland Paint Company ("*Smiland*") is a debtor and debtor in possession in a chapter 11 bankruptcy case pending in the United States Bankruptcy Court for the Central District of California, Los Angeles Division, Case No.: LA-04-28761 TD. The Smiland Committee is a party in interest in the above-captioned case, and, pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address:

Robert C. Shenfeld, Esq.
Erik S. Morrison, Esq.
Reed Smith LLP

- 1 -

Notice Of Appearance And Request For Special Notice

DOCSLA-15496414.1

355 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 457-8000
Facsimile: (213) 457-8080
Email: rshenfeld@reedsmith.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a demand and request for service and does not constitute a consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

DATED: August 10, 2005

REED SMITH LLP

By /s/ Robert C. Shenfeld
Robert C. Shenfeld

*Attorneys for Official Committee of Unsecured Creditors of Smiland Paint Company*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 2 -
Notice Of Appearance And Request For Special Notice

DOCSLA-15496414.1