SCOTT C. CLARKSON, ESQ. SBN 143271
EVE A. MARSELLA, ESQ. SBN 165797
CLARKSON, GORE & MARSELLA
A PROFESSIONAL LAW CORPORATION
3424 Carson Street, Suite 350
Torrance, California 90503
(310) 542-0111 Telephone
(310) 214-7254 Facsimile

Special Counsel for
David K. Gottlieb, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MORWEAR MANUFACTURING, INC.,<br><br>Debtor. | Case No. LA 05-27443-EC<br><br>In a Chapter 7 Case<br><br>**ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE FOR AUTHORITY TO EMPLOY CLARKSON, GORE & MARSELLA, APLC, AS SPECIAL COUNSEL**<br><br>Date: June 6, 2007<br>Time: 1:30 p.m.<br>Ctrm: 1639 |

The Application by Chapter 7 Trustee David Gottlieb (the "Trustee" or "Applicant") in the bankruptcy case of Morwear Manufacturing, Inc. ("Debtor") for Authority to Employ Clarkson, Gore & Marsella, APLC ("CGM"), as Special Counsel (the "Application"), came on for hearing on June 6, 2007 at 1:30 pm in Courtroom 1639, which was continued from April 24, 2007 and May 15, 2007.

The Court, having reviewed all pleadings and evidence filed by the various parties in support of and opposition to the Application and amendments thereto presented by the Applicant,

1 ORDER GRANTING APPLICATION TO EMPLOY SPECIAL COUNSEL

1  and having considered all of the oral arguments made with respect to the Application, hereby

2  **GRANTS** the Application, as amended.

3  **IT IS THEREFORE ORDERED** that

4

5  (A) The Application, as amended, of David Gottlieb, Chapter 7 Trustee, to employ

6  Clarkson, Gore & Marsella, APLC, to serve a Trustee's Special Counsel in the matter of entitled

7  *David K. Gottlieb v. Eric Von Knipe, et al,* Adv. No. 05-02275-EC (the "Adversary

8  Proceeding"), under the terms and conditions of the engagement letter filed with the Court, as

9  orally amended on the record of June 6, 2007, with respect to (1) removal of arbitration of

10  disputes provisions as it pertains to the Trustee, and (ii) semi-monthly fee payments, is granted.

11  (B) CG&M may accept compensation for its services in connection with the Adversary Proceeding by

12

13  direct payment from creditor, Dieter Raabe or his affiliated companies ("Creditor Raabe"),

14  subject to the restrictions imposed by this Court orally on the record of June 6, 2007.

15  (C) Creditor Raabe may seek reimbursement from the bankruptcy estate for such

16  payments made to CG&M by application to this Court, such reimbursement

17  to be limited to the benefit provided by the Adversary Proceeding.

18  **IT IS SO ORDERED.**

19  Dated: 7/13/07

20  _____
    **ELLEN CAROLL**
    **UNITED STATES BANKRUPTCY JUDGE**

21

22  Presented by:

23  **CLARKSON, GORE & MARSELLA,**
    A Professional Law Corporation

24

25  By: _____

26  Scott C. Clarkson, Esq.
    Special Counsel for Chapter 7 Trustee
    David K. Gottlieb

27

28

2  ORDER GRANTING APPLICATION TO EMPLOY SPECIAL COUNSEL

## PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss
COUNTY OF LOS ANGELES      )

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3424 Carson Street, Suite 350 Torrance, CA 90503. I am employed in the office of a member of the bar of this court, at whose direction I made this service.

On **June 18, 2007**, I served the foregoing document described as:

ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE FOR AUTHORITY TO EMPLOY CLARKSON, GORE & MARSELLA, APLC, AS SPECIAL COUNSEL

on the interested parties in this action by placing true and correct copies thereof enclosed in a sealed envelope(s) addressed as follows:

**SEE ATTACHED LIST FOR PARTIES SERVED**

[X]    **(BY MAIL) As follows**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Torrance, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    (BY HAND DELIVERY) To the following:

[X]    (FEDERAL) I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 18, 2007, at Torrance, California.

_____
Tiffany Lawrence

## SERVICE LIST

Ron Bender, Esq.  **(ATTORNEY FOR DEBTOR)**
Levene, Neal, Bender, Rankin & Brill
10250 Constellation Bl., #1700
Los Angeles, CA 90067


Office of the U.S. Trustee  **(OFFICE OF THE U.S. TRUSTEE)**
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017


David Gottlieb, Esq.  **(CHAPTER 7 TRUSTEE)**
Grobstein Horwarth & Co LLP
15233 Ventura Boulevard, 9th Floor
Sherman Oaks, CA 91403-2201


Allan B. Cooper, Esq.  **(FORMER SPECIAL COUNSEL FOR**
Ervin, Cohen & Jessup, LLP  **TRUSTEE)**
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212


Daniel A. Lev, Esq.  **(ATTORNEY FOR TRUSTEE)**
333 S. Hope Street, 35th Floor
Los Angeles, CA 90071


Louis Esbin, Esq.  **(ATTORNEY FOR SHIRLEY WILIANI)**
27201 Tourney Rd. Suite 122
Valencia, CA 91355-1804


David R. Weinstein, Esq.  **(ATTORNEY FOR ERIC VON KNIPE)**
Weinstein, Weiss & Ordubegian, LLP
1925 Century Park East, Suite 1150
Los Angeles, CA  90067

**REQUEST FOR SPECIAL NOTICE LIST**

Richard K. Diamond, Esq.　　　　　　　　　　**(CHAPTER 7 TRUSTEE FOR BETANIX**
Trustee of Betanix Coatings, Inc.　　　　　　　　**COATINGS, INC.)**
c/o Steven J. Schwartz
Danning, Gill, Diamond & Kollitz
2029 Century Park East, 3rd Floor
Los Angeles, CA 90067-2904


James I. Stang, Esq.　　　　　　　　　　　　**(ATTORNEYS FOR SMILAND PAINT**
Jeffrey W. Dulberg, Esq.　　　　　　　　　　**COMPANY)**
Pachulsky, Stang, Ziehl, Young, Jones
 & Weintraub, P.C.
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

Theodore A. Cohen, Esq.　　　　　　　　　　**(ATTORNEY FOR SMILAND**
Sheppard, Mullin, Richter & Hampton, LLP　　　**LAND COMPANY)**
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448


Los Angeles County Treasurer and Tax Collector　**(LA COUNTY TAX COLLECTOR)**
P.O. Box 54110
Los Angeles, CA 90051-0110

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re<br>MORWEAR MANUFACTURING, INC.<br><br>Debtor. | CHAPTER 7<br><br>CASE NUMBER: LA 05-27443-EC |
|---|---|

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
   ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE FOR AUTHORITY TO EMPLOY CLARKSON, GORE & MARSELLA, APLC, AS SPECIAL COUNSEL

   was entered on *(specify date)*: 7/18/07

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date): 7/18/07

Dated: 7/18/07

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
    Deputy Clerk

RECEIVED JUN 19 2007
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

Rev. 1/01  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 9021-1.1**

## SERVICE LIST

| | |
|---|---|
| Ron Bender, Esq.<br>Levene, Neal, Bender, Rankin & Brill<br>10250 Constellation Bl., #1700<br>Los Angeles, CA 90067 | **(ATTORNEY FOR DEBTOR)** |
| Office of the U.S. Trustee<br>725 S. Figueroa Street, 26th Floor<br>Los Angeles, CA 90017 | **(OFFICE OF THE U.S. TRUSTEE)** |
| David Gottlieb, Esq.<br>Grobstein Horwarth & Co LLP<br>15233 Ventura Boulevard, 9th Floor<br>Sherman Oaks, CA 91403-2201 | **(CHAPTER 7 TRUSTEE)** |
| Allan B. Cooper, Esq.<br>Ervin, Cohen & Jessup, LLP<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212 | **(FORMER SPECIAL COUNSEL FOR TRUSTEE)** |
| Daniel A. Lev, Esq.<br>333 S. Hope Street, 35th Floor<br>Los Angeles, CA 90071 | **(ATTORNEY FOR TRUSTEE)** |
| Scott C. Clarkson, Esq.<br>3424 Carson Street, Suite 350<br>Torrance, CA 90503 | **(PROPOSED SPECIAL COUNSEL FOR CHAPTER 7 TRUSTEE)** |
| Louis Esbin, Esq.<br>27201 Tourney Rd. Suite 122<br>Valencia, CA 91355-1804 | **(ATTORNEY FOR SHIRLEY WILIANI)** |

| | |
|---|---|
| David R. Weinstein, Esq.<br>Weinstein, Weiss & Ordubegian, LLP<br>1925 Century Park East, Suite 1150<br>Los Angeles, CA  90067 | **(ATTORNEY FOR ERIC VON KNIPE)** |

## REQUEST FOR SPECIAL NOTICE LIST

| | |
|---|---|
| Richard K. Diamond, Esq.<br>Trustee of Betanix Coatings, Inc.<br>c/o Steven J. Schwartz<br>Danning, Gill, Diamond & Kollitz<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA 90067-2904 | **(CHAPTER 7 TRUSTEE FOR BETANIX COATINGS, INC.)** |
| James I. Stang, Esq.<br>Jeffrey W. Dulberg, Esq.<br>Pachulsky, Stang, Ziehl, Young, Jones<br>& Weintraub, P.C.<br>10100 Santa Monica Blvd., 11th Floor<br>Los Angeles, CA 90067-4100 | **(ATTORNEYS FOR SMILAND PAINT COMPANY)** |
| Theodore A. Cohen, Esq.<br>Sheppard, Mullin, Richter & Hampton, LLP<br>333 South Hope Street, 48th Floor<br>Los Angeles, CA 90071-1448 | **(ATTORNEY FOR SMILAND LAND COMPANY)** |
| Los Angeles County Treasurer and Tax Collector<br>P.O. Box 54110<br>Los Angeles, CA 90051-0110 | **(LA COUNTY TAX COLLECTOR)** |